UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARTINIQUE, INC. et al                                                                                         PLAINTIFFS

VERSUS                                                                 CIVIL ACTION NO. 1:08CV1445-LG-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                      DEFENDANT

## ORDER

Before the Court is Defendant's [110] Motion to Compel, or in the alternative, [117] Motion to Exclude as evidence information not produced by Plaintiffs. The Court finds that Plaintiffs' discovery responses are generally inadequate, and that the Motion to Compel is therefore GRANTED. Plaintiffs are directed to supplement their discovery responses no later than **September 29, 2009**. Defendant's [117] Motion to Exclude is DENIED at this time, subject to re-urging if Plaintiffs' supplemental discovery responses prove to be inadequate.

SO ORDERED, this the 14th day of September, 2009.

                                                                                           s/ *Robert H. Walker*
                                                                                           UNITED STATES MAGISTRATE JUDGE